UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LATINA SOMMERS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-CV-810-SDJ |
| | § | |
| TYSON FRESH MEATS, INC. | § | |

## ORDER

Before the Court is Defendant's Rule 12(b)(3) Motion to Dismiss and Motion to Compel Arbitration. (Dkt. #16). Plaintiffs have since filed their Second Amended Complaint. (Dkt. #31). The Second Amended Complaint is now the operative complaint in this case. Because Defendant's motion seeks dismissal of the original Complaint, the motion is now moot.

It is therefore **ORDERED** that Defendant's Rule 12(b)(3) Motion to Dismiss and Motion to Compel Arbitration, (Dkt. #16), is **DENIED as moot**.

So ORDERED and SIGNED this 7th day of March, 2025.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE